IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00803-MSK-BNB

COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation, and
HPSC, INC., a Delaware corporation d/b/a GE Healthcare Financial Services,

Plaintiffs,

v.

ERIC T. HELLAND, DDS, P.C., a Colorado corporation d/b/a Dental Associates at Eagles Nest
d/b/a Helland Dentistry,
DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC, a Colorado corporation d/b/a Helland
Dentistry d/b/a Eric T. Helland, DDS, P.C.,
DENTAL ASSOCIATES AT EAGLE'S NEST, a Colorado corporation d/b/a Helland Dentistry
d/b/a Eric T. Helland, DDS, P.C., and
ERIC T. HELLAND, DDS,

Defendants.

_____

**ORDER**
_____

Defendants filed a Notice of Bankruptcy Filing indicating that they filed a petition for

Chapter 7 bankruptcy on October 16, 2012.

IT IS ORDERED:

(1)     The scheduling conference set for October 29, 2012, at 10:00 a.m., is VACATED;

and

(2)     On or before **October 29, 2012**, the plaintiffs shall file a status report addressing

the impact of the bankruptcy petition on this action and, particularly, whether any part of the

action can proceed at this time in view of that petition.

Dated October 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge