IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00803-MSK-BNB

COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation, and
HPSC, INC., a Delaware corporation d/b/a GE Healthcare Financial Services,

Plaintiffs,

v.

ERIC T. HELLAND, DDS, P.C., a Colorado corporation d/b/a Dental Associates at Eagles Nest d/b/a Helland Dentistry,
DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C.,
DENTAL ASSOCIATES AT EAGLE'S NEST, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C., and
ERIC T. HELLAND, DDS,

Defendants.

_____

**ORDER**
_____

On October 17, 2012, defendants filed notice captioned "Defendantss' [sic] Notice of Bankruptcy Filing" [Doc. # 35] stating that "the Defendants" had filed for bankruptcy relief.  In reliance on that representation, I vacated the scheduling conference set for October 29, 2012.

The Notice [Doc. # 35] is false.  Only Eric T. Helland filed for bankruptcy protection; the remaining defendants did not.  Defendants' Amended Notice of Bankruptcy Filing [Doc. # 37]; Plaintiffs' Status Report [Doc. # 38].

IT IS ORDERED:

(1)     A scheduling conference, except with respect to defendant Eric T. Helland, is set for October 29, 2012, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2) On or before **October 26, 2012**, the parties (other than defendant Eric T. Helland) shall submit a proposed scheduling order that complies with Appendix F.1, D.C.COLO.LCivR.

Dated October 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge