IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00803-MSK-BNB

COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation, and
HPSC, INC., a Delaware corporation d/b/a GE Healthcare Financial Services,

Plaintiffs,

v.

ERIC T. HELLAND, DDS, P.C., a Colorado corporation d/b/a Dental Associates at Eagles Nest d/b/a Helland Dentistry,
DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C.,
DENTAL ASSOCIATES AT EAGLE'S NEST, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C., and
ERIC T. HELLAND, DDS,

Defendants.

---

**ORDER**

---

The parties, other than Dr. Helland who has filed for bankruptcy protection, appeared this morning for a scheduling conference. No proposed scheduling order was submitted, however. The parties have submitted status reports. Consistent with matters discussed this morning:

IT IS ORDERED:

(1) The plaintiffs shall file a motion to amend, if at all, on or before **November 21, 2012**; and

(2) A scheduling conference is set for **January 3, 2013, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order in the form of Appendix F.1, D.C.COLO.LCivR, no later than **December 28, 2012**. Plaintiffs' counsel may appear at the

scheduling conference telephonically by contacting the court at the appropriate date and time at 303-844-6408.

Dated October 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge