IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00803-MSK-BNB

COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation, and
HPSC, INC., a Delaware corporation d/b/a GE Healthcare Financial Services,

Plaintiffs,

v.

ERIC T. HELLAND, DDS, P.C., a Colorado corporation d/b/a Dental Associates at Eagles Nest d/b/a Helland Dentistry,
DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C.,
DENTAL ASSOCIATES AT EAGLE'S NEST, a Colorado corporation d/b/a Helland Dentistry d/b/a Eric T. Helland, DDS, P.C., and
ERIC T. HELLAND, DDS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion for Leave to File Reply Brief** [docket no. 52, filed December 12, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Leave to Amend Complaint for filing.


DATED:  December 14, 2012