IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-0803-MSK-BNB | Date: December 17, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| COLONIAL PACIFIC LEASING CORPORATION<br>HPSC, INC.<br>          **Plaintiff(s)**<br><br>v.<br><br>ERIC T. HELLAND, DDS, P.C.<br>DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC<br>DENTAL ASSOCIATES AT EAGLE'S NEST<br>ERIC T. HELLAND, DDS<br><br>          **Defendant(s)** | *Jonathan R. Miller*<br><br><br><br><br>*Jonathan E. Shaw* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 3:29 p.m.

Appearance of counsel.

Argument presented on [48] Plaintiffs' Motion for Leave to Amend Complaint.

**ORDERED:** **[48] Plaintiffs' Motion for Leave to Amend Complaint is GRANTED. The Clerk of Court is directed to accept the amended complaint for filing. Action is to proceed against entities not involved in the bankruptcy filing.**

**Scheduling conference set for 1/3/13 at 1:30 p.m. is retained.**

Court in Recess: 3:54 p.m.     Hearing concluded.     Total time in Court: 00:25