IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00803-MSK-BNB

COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation, and
HPSC, INC., a Delaware corporation d/b/a GE Healthcare Financial Services,

Plaintiffs,

v.

ERIC T. HELLAND, DDS, P.C., a Colorado corporation d/b/a Dental Associates at Eagles Nest
d/b/a Helland Dentistry,
DENTAL ASSOCIATES AT EAGLE'S NEST, PLLC, a Colorado corporation d/b/a Helland
Dentistry d/b/a Eric T. Helland, DDS, P.C.,
DENTAL ASSOCIATES AT EAGLE'S NEST, a Colorado corporation d/b/a Helland Dentistry
d/b/a Eric T. Helland, DDS, P.C.,
ERIC T. HELLAND, DDS,
DENTAL ASSOCIATES OF WOODLAND PARK, LLC, a Colorado corporation, d/b/a Eric T.
Helland, DDS,P.C.. d/b/a Helland Dentistry,
EAGLE'S NEST OF WOODLAND PARK, LLC, a Colorado corporation, and
ELKC, LLC, a Colorado corporation,
ERIC T. HELLAND, DDS, individually, and
ABC CORPS. 1-10,

Defendants.

_____

**ORDER**

_____

This matter arises on **Plaintiffs' Motion for Leave to Amend Complaint** [Doc. # 48,

filed 11/20/2012] (the "Motion to Amend").  I held a hearing on the Motion to Amend this

afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 48] is GRANTED; and

(2)     The Clerk of the Court is directed to accept for filing the Amended Complaint

[Doc. # 48-5].

Dated December 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge